IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 22−59625−BEM |
| | * | |
| THE PRODUCT HATCHERY, LLC, | * | CHAPTER 7 |
| | * | |
| Debtor. | * | |

**AMENDMENT TO SCHEDULES**

COMES NOW, the Debtor, THE PRODUCT HATCHERY, LLC, by and through Counsel and files this Amendment to Schedules and shows the Court as follows:

1.

Debtor would amend (Official Form 206Sum) Summary of Assets and Liabilities for Non-Individuals, as shown on attached.

2.

Debtor would amend Schedule G: Executory Contracts and Unexpired Leases, to include the following entities, as shown on attached.

Amazon.com Services LLC
410 Terry Ave. North
Seattle, WA 98109-5210

Walmart.com
702 SW 8th Street
Bentonville, AR 72716-8611

3.

Debtor would amend Declaration Concerning Debtor's Amended Schedules as shown in the attached.

**WHEREFORE**, Debtor prays:

1) That this Amendment be read, filed and considered; and

2) That the Court accord Debtor any other relief it deems mete and proper.

This 23rd day of January, 2023.

/s/ Angelyn M. Wright
Angelyn M. Wright
Georgia Bar No. 777662
*Attorney for Debtor*

THE WRIGHT LAW ALLIANCE, P.C.
1244 Clairmont Road, Suite 222
P.O. Box 3576
Decatur, GA  30031
(404) 373-9933 (phone)
(888) 900-0610 (fax)
twlopc@earthlink.net

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **The Product Hatchery LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | **22-59625-bem** |

■ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals       12/15

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................................  $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...........................................................................................................  $ **2,815,899.35**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................................................................  $ **2,815,899.35**

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................  $ **2,884,033.19**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................................  $ **6,094.28**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................  +$ **1,730,206.26**

4. **Total liabilities** ....................................................................................................................................................
   Lines 2 + 3a + 3b                                                                                                                                    $ **4,620,333.73**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **The Product Hatchery LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | **22-59625-bem** |

☒ Check if this is an amended filing

Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases   12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Amazon Services Business Solutions Agreement (the "Amazon Seller Agreement")** | |
| | State the term remaining | **Indefinite** | **Amazon.com Services LLC** |
| | List the contract number of any government contract | | **410 Terry Ave. North** |
| | | | **Seattle, WA 98109-5210** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Comprehensive Walmart Marketplace Program Retailer Agreement** | |
| | State the term remaining | **Indefinite** | **Walmart.com** |
| | List the contract number of any government contract | | **702 SW 8th Street** |
| | | | **Bentonville, AR 72716-8611** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Dec 2022 - Nov 2023 software license and support for Oracle NetSuite ($5,749.44 per month)** | |
| | State the term remaining | **12 months** | **Wells Fargo Equip Finance** |
| | List the contract number of any government contract | | **420 Montgomery Street** |
| | | | **San Francisco, CA 94104** |

| Debtor 1 | **The Product Hatchery LLC** | | Case number (*if known*) | **22-59625-bem** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.4  State what the contract or lease is for and the nature of the debtor's interest | **Warehouse Agreement** |
| State the term remaining | **Until September 20, 2024** |
| List the contract number of any government contract | |

**Zonprep**
**80 Liberty Industrial Pkwy**
**McDonough, GA 30253**

# United States Bankruptcy Court
## Northern District of Georgia

In re: **The Product Hatchery LLC**  
Debtor(s)

Case No. **22-59625-bem**  
Chapter **7**

## DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the Member-Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Summary of Assets and Liabilities for Non-Individuals, Schedule G, consisting of __3__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **January 23, 2023**

Signature **/s/ Brian Creager**
**Brian Creager**
**Member-Manager**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## CERTIFICATE OF SERVICE

      I hereby certify that on the 23rd day of January, 2023, I electronically filed the foregoing *Amendment to Schedules* with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record. I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

Amazon.com Services LLC  
410 Terry Ave. North  
Seattle, WA 98109-5210  

Walmart.com  
702 SW 8th Street  
Bentonville, AR 72716-8611  

The Product Hatchery LLC  
44 Milton Avenue  
Alpharetta, GA 30009  

Brian Creager  
2520 Alsace Way  
Cumming, GA 30041-6489  

I further certify that pursuant to Local Rule 9007-2(d) that I have this day served all creditors added by amendment with all Notices previously served on all other creditors and interested parties.

    Date: January 23, 2023.

                                            /s/ Angelyn M. Wright  
                                          Angelyn M. Wright  
                                          Georgia Bar No. 777662  
                                          *Attorney for Debtor*

THE WRIGHT LAW ALLIANCE, P.C.  
1244 Clairmont Road, Suite 222  
P. O. Box 3576  
Decatur, Georgia  30031  
(404) 373-9933 (phone)  
(888) 900-0610 (fax)  
twlopc@earthlink.net

SUPPLEMENTAL CREDITOR LIST
In re: The Product Hatchery, LLC
Case No. 22−59625−BEM

Amazon.com Services LLC
410 Terry Ave. North
Seattle, WA 98109-5210

Walmart.com
702 SW 8th Street
Bentonville, AR 72716-8611