**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | ) CASE NO. 22-59625-BEM |
| | ) |
| THE PRODUCT HATCHERY, LLC, | ) CHAPTER 7 |
| | ) |
| DEBTOR. | ) |

**NOTICE OF PROPOSED ABANDONMENT OF PROPERTY**

1. In accordance with Rule 6007 of the Bankruptcy Rules, Notice is hereby given of the proposed abandonment of the following property (the "Property"):

All property[1] of the Debtor subject to the security interest of Amazon Capital Services, Inc.("ACS") consisting of the following:

(i) all inventory at any time stored for the Debtor in Amazon fulfillment centers, wherever found;

(ii) any right, title or interest in the Debtor's seller account with ACS or any other subsidiary of Amazon.com, Inc.;

(iii) all Debtor's Accounts, Chattel Paper, Deposit Accounts, Documents, Instruments, Investment Property, or General Intangibles;

(iv) all Debtor's Equipment, Goods, inventory and other tangible personal property located in the United States; and

(v) any insurance, proceeds or products of the foregoing.

2. Based upon information available to the Trustee including the schedules, the Debtor's books and records, and testimony at the first meeting of creditors, the

---

[1] Capitalized terms describing property shall have the meaning ascribed to then in Article 9 of the Uniform Commercial Code as set forth in O.C.G.A. §11- 9-102.

Trustee has determined that the Property described above is burdensome and of little or no value to the estate.

3.  Any objection by a party in interest shall be made in writing and filed with the Clerk of the United States Bankruptcy Court, located in Room 1340 of the Russell Federal Building, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303, and a copy served by mail upon the Trustee, Jordan E. Lubin, located at 8325 Dunwoody Place, Building 2, Atlanta, Georgia 30350 within fourteen (14) days of the date of the mailing of this Notice.

4.  If no objection is filed within fourteen (14) days, the property shall be deemed abandoned without further hearing or order of this Court.

This 2nd day of February, 2023.

                    /s/ Jordan E. Lubin
Jordan E. Lubin
Chapter 7 Trustee
Georgia Bar No. 460639

8325 Dunwoody Place, Building 2
Atlanta, Georgia 30350
770.424.8281
jordan.lubin@laslawgroup.com